| | |
|---|---|
| 1 | Underhill Law Office P.L.L.C. |
| | Albert L. Underhill (Bar No. 026130) |
| 2 | 7907 North 16th Drive |
| 3 | Phoenix, AZ 85021 |
| | Telephone & Fax: (602)388-4020 |
| 4 | E-mail: aunderhill@underhilllaw.net |
| 5 | Attorney for Plaintiff |
| 6 | Kenneth M. Motolenich-Salas (Bar No.027499) |
| 7 | Gallagher & Kennedy, P.A. |
| | 2575 East Camelback Road |
| 8 | Phoenix, AZ 85016-9225 |
| 9 | Telephone: 602-530-8360 |
| | Fax: 602-530-8500 |
| 10 | E-mail: ken.motolenich@gknet.com |
| 11 | Attorney for Defendant |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Z Screen LLC, | ) |
| | ) Case No. CV-16-02661-PHX-GMS |
| Plaintiff | ) |
| | ) |
| v. | ) **NOTICE OF SETTLEMENT** |
| | ) |
| Blue Line Enterprises, Inc. | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

    Plaintiff Z Screen LLC and Defendant Blueline Enterprises, Inc. hereby notify the Court that they have reached a settlement in the above-captioned action. The parties are in the process of finalizing the settlement documents and upon completion of that

process, the parties will, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), file a stipulation of dismissal with prejudice all claims and counterclaims in the case.

Respectfully submitted,

Dated: September 23, 2016      /s/*Albert L. Underhill*
                               Albert L. Underhill
                               Attorney for Plaintiff

                               /s/*Ken M. Motolenich-Salas*
                               Attorney for Defendant

Certificate of Service

The undersigned hereby certifies that on September 23, 2016 the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

/s/*Albert L. Underhill*
Albert L. Underhill