Kenneth M. Motolenich-Salas (Bar No. 027499)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
Telephone 602•530•8360
Facsimile 602•530•8500
E-mail:      ken.motolenich@gknet.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Z Screen, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>Blue Line Enterprises, Inc.,<br><br>              Defendant. | No. 2:16-cv-02661-GMS<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND 41(c)** |

Plaintiff Z Screen, LLC and Defendant Blueline Enterprises, Inc. (incorrectly named as "Blue Line Enterprises, Inc." in the caption in filings to date in this action), by and through undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), with each party bear its own respective attorney's fees and costs.

DATED this 6th day of October, 2016.

UNDERHILL LAW OFFICE, P.L.L.C.                    GALLAGHER & KENNEDY, P.A.


By: */s/ Albert L. Underhill with permission*          By: */s/ Kenneth M. Motolenich-Salas*
    Albert L. Underhill (026130)                          Kenneth M. Motolenich-Salas
    7907 N. 16th Dr.                                      (027499)
    Phoenix, AZ 85021                                     2575 East Camelback Road
    *Attorney for Plaintiff*                              Phoenix, Arizona 85016-9225
                                                          *Attorney for Defendant*

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1 | **CERTIFICATE OF SERVICE**

2       I hereby certify that on this 6th day of October, 2016, I electronically transmitted

3 the attached document via the Court's CM/ECF system for delivery to all attorneys of

4 record in this action.

5       By: */s/ Kenneth M. Motolenich-Salas*

5036018v1/26851-0001